# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 2, 2021

161953

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

MAPLE MANOR REHAB CENTER, LLC,
and MAPLE MANOR REHAB CENTER OF
NOVI, INC.,
      Plaintiffs-Appellants,

v

DEPARTMENT OF TREASURY,
      Defendant-Appellee,

and

DEPARTMENT OF HEALTH AND
HUMAN SERVICES,
      Defendant.

SC: 161953
COA: 349168
Ct of Claims: 18-000271-MT

_____/

On order of the Court, the application for leave to appeal the July 23, 2020 judgment of the Court of Appeals is considered. We DIRECT the parties to file supplemental briefs within 21 days of the date of this order identifying the authority empowering the Department of Health and Human Services to administer Michigan's Medicaid Long-Term Care Quality Assurance Assessment Program, MCL 333.20161. Compare MCL 333.1104(4) (" 'Department', except as provided in articles 8, 15, and 17, means the department of health and human services."); with MCL 333.20104(4) (located within article 17 of the Public Health Code, MCL 333.20101 to MCL 333.22260, stating, " 'Department' means the department of licensing and regulatory affairs.").

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 2, 2021



b0526

Clerk